# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE:
ANGEL ONEL TORRES
MARIA ELENA TORRES

CASE NO:  07-01308-5-JRL
CHAPTER 13

## REPORT OF UNCLAIMED DIVIDENDS

The undersigned Chapter 13 Trustee, having concluded administration of the estate referenced above, respectfully reports unto the Court,

1.  That checks were issued to the debtors in payment of dividends due in the distribution of the estate, and that one or more of said checks have been returned to the undersigned as unclaimed dividends or have not been negotiated, said checks being as follows:

| NAME AND LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
| --- | --- |
| ANGEL ONEL TORRES<br>520 18TH ST EAST<br>BRADENTON, FL  34208 | $574.70 |
| MARIA ELENA TORRES<br>406 LANDING PLACE<br>WENDELL, NC  27591 | |

2.  That, if such dividend check(s) were returned as a result of an insufficient or incorrect mailing address or if the checks were not negotiated, the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the the debtors, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay to the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED:  May 07, 2010

*/s/ John F. Logan*
John F. Logan
Chapter 13 Trustee